988 A.2d 1289

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Cory J. SMITH, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 17, 2010.

## *ORDER*

PER CURIAM.

AND NOW, this 17th day of February, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Order of the Superior Court is **VACATED,** and the case is **REMANDED** to the trial court for proceedings consistent with *Commonwealth v. Haag,* 981 A.2d 902 (Pa.2009).

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.